## GABRIEL GODFROY, SR., *versus* JOSEPH VISGER, ADMINISTRATOR, ETC., OF JACOB VISGER, AGATHA VISGER, PETER W. KNAGGS, AND CATHERINE KNAGGS.

JOURNAL ENTRIES (1830–31): *Journal 4:* (1) Motion for appointment of guardian *p. 417; (2) demurrer overruled *p. 441; (3) bill taken as confessed, referred to master *p. 469; (4) master's report confirmed, decree *p. 471; (5) decree signed *p. 482.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) demurrer to bill of complaint; (5) master's report of amount due; (6) decree signed by two of the judges; (7) money bond—Jacob Visger to Gabriel Godfroy, Sr.; (8) deed of mortgage—Jacob Visger to Gabriel Godfroy, Sr.; (9) assignment—Gabriel Godfroy, Sr., to Peter Godfroy. *Chancery Case* 131 of 1830.

## MELVIN DORR, ADMINISTRATOR, ETC., OF GEORGE MELDRUM, DECEASED, *versus* JAMES ABBOTT, ADMINISTRATOR, ETC., OF WILLIAM PARK, DECEASED.

JOURNAL ENTRIES (1830–36): *Journal 4:* (1) Subpoena ordered issued *p. 420; (2) motion for stay until costs paid in law action *p. 441; (3) motion for stay argued, submitted *p. 443; (4) motion for stay granted *p. 468; (5) leave given to withdraw demurrer, rule to plead or answer *p. 480; (6) motion for rule to take testimony *p. 519. *Journal 5:* (7) Reference *p. 38; (8) continued under rule of reference *p. 49; (9) continued under rule of reference *p. 72; (10)

solicitor's name stricken, rule of reference enlarged *p. 99; (11) rule of reference enlarged *p. 125.

PAPERS IN FILE: (1) Bill of complaint; (2) statement of accounts referred to in bill of complaint; (3) writ of subpoena and return; (4) motion to stay proceedings; (5) general demurrer to bill of complaint; (6) precipe to set demurrer for argument; (7) answer; (8) replication; (9) draft of rule of reference; (10) affidavit of Alexander D. Fraser re disqualification of master. *Chancery Case* 141 of 1830.

## MATTHEW A. STUART *versus* SOPHIA HUFF, THOMAS J. DRAKE, WILLIAM CHAMBERLAIN, JOHN ELLENWOOD, AND ORISSON ALLEN.

JOURNAL ENTRIES (1830–33): *Journal 4:* (1) Motion for publication of notice *p. 422; (2) demurrer withdrawn nisi, motion for notice by publication *p. 441; (3) rule to plead, answer, or demur; copy of rule ordered published *p. 459; (4) motion to take bill as confessed, continued *p. 485; (5) motion for security for costs *p. 513; (6) rule to file security for costs *p. 519. *Journal 5:* (7) Motion to dismiss *p. 5; (8) bill dismissed *p. 11.

PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) bond for injunction; (3) writ of injunction and return; (4) writ of subpoena and return; (5) demurrer to bill of complaint; (6) affidavit of B. F. H. Witherell for extension of time to answer; (7) answer of Orisson Allen; (8) answer of John Ellenwood; (9) answer of Thomas J. Drake; (10) precipe to set case for hearing; (11) affidavit and motion for security for costs. *Chancery Case* 133 of 1830.